## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRABUS GmbH,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

      Defendants.

Case No. 24-cv-10464

Judge Rebecca R. Pallemeyer

## PLAINTIFF'S RENEWED MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AGAINST DEFENDANT NOS. 1-6, 8-10, 12-17, 19-26, 28-31, 33-36, 38-43, 45, 46, 48-51, 53-64, 66-93, 95-197 AND 199-204

Plaintiff BRABUS GmbH hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order granted on February 6, 2025 [Dkt. No. 47], entered on February 7, 2025 [Dkt. No. 48], and extended on February 20, 2025, through March 7, 2025. [Dkt. No. 50]. A motion to extend the temporary restraining order a second time as to Defendant Nos. 112-204 was filed on March 4, 2025. [Dkt. No. 56]. To date, the Court has not ruled on the motion to extend the temporary restraining order a second time as to Defendant Nos. 112-204. Plaintiff has filed multiple motions for entry of preliminary injunction in this matter [Dkt. Nos. 53, 72]. On March 21, 2025, this Court struck the Motions for Entry of a Preliminary Injunction without prejudice [Dkt. Nos. 53, 72] and gave Plaintiff leave to submit a revised motion. [Dkt. No. 78].  In support of its Motion for Entry of a Preliminary Injunction, Plaintiff files the accompanying Memorandum of Law and Declaration of Michael A. Hierl.

Respectfully submitted,

Dated: March 28, 2025

By:     s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        William B. Kalbac (Bar No. 6301771)
        Robert P. McMurray (Bar No. 6324332)
        John Wilson (Bar No. 6341294)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        mhierl@hsplegal.com
        Attorneys for Plaintiff
        BRABUS GmbH

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on March 28, 2025.


<u>/s/ *Michael A. Hierl*</u>