UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Brabus GmbH

    Plaintiff,

v.

Case No.: 1:24−cv−10464

Honorable Rebecca R. Pallmeyer

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing convened. As the court noted, exhibits presented in support of Plaintiff's motion for preliminary injunction confirm that many of the Defendants are marketing products "compatible for" or "compatible with" Plaintiff's products. A reasonable consumer would not be confused by this language or misled to believe that Plaintiff is the source, particularly because the Amazon listings in question often identify the supplier. The court expects counsel to take care before seeking to enjoin what appears to be legitimate activity. The motion for preliminary injunction [53, 72, 86] and motion to extend the TRO [56] are denied without prejudice to renewal as against Defendants that Plaintiff alleges, consistent with Rule 11, are infringing. The next telephone status hearing is set for 6/12/2025 at 11:00 a.m. To join the telephone hearing please dial 1−650−479−3207 or 1−855−244−8681 (toll free) and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.